# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELVIN THOMPSON,

    Plaintiff,

v.

STATE OF NEVADA, *et al*.,

    Defendants.

Case No. 2:10-CV-01096-KJD-GWF

**ORDER**

On March 21, 2011, the Court dismissed (#14) Plaintiff's complaint, but granted Plaintiff time to file an amended complaint curing the deficiencies noted in the Court's order. However, though the time for doing so has passed, Plaintiff has failed to file an amended complaint. Accordingly, Plaintiff's complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED this 6th day of April 2011.

_____
Kent J. Dawson
United States District Judge